THOMAS FLYNN et al., Respondents, v. O'DRISCOLL & GROVE, INC., Appellant, et al., Defendants.— In an action to recover damages for personal injuries suffered by plaintiffs when they were riding in a truck furnished by their employer to transport them from a job at Romulus, where they were working, to a dormitory at Watkins Glen, verdicts were rendered in favor of plaintiffs. Appellant contended that plaintiffs' injuries arose out of and in the course of their employment, and that their exclusive remedy was under the Workmen's Compensation Law. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

CHAIM GLUCKMAN, Respondent, v. BARBARA EPSTEIN, Appellant.— Order denying defendant's motion to dismiss the complaint under rule 156 of the Rules of Civil Practice, because of claimed unreasonable neglect in prosecuting the action, affirmed, without costs. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

ANNE KRIM, Respondent, v. A. R. STEINBERG, Appellant.— In an action on a promissory note, judgment in favor of plaintiff and order denying defendant's motion for a new trial on the ground of newly discovered evidence, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

ADOLPH MUNTER, Respondent, v. J. DINOLFO & CO., INC., et al., Appellants. J. DINOLFO & CO., INC., Appellant, v. ADOLPH MUNTER, Respondent.— In two actions tried together in the County Court of Westchester County, the plaintiff-respondent recovered a judgment for personal injuries and property damage in the first action; while in the second action the complaint was dismissed, with costs. Both judgments are appealed from. Judgments unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADDISLEIGH PARK HOMES, INC., Appellant.— Appeal by defendant from a judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting it of a violation of section 183 of the Sanitary Code of the City of New York, in that it failed to maintain a private sanitary sewer, under 180th Street between 112th and 114th Avenues, free from obstruction, and permitted sewage to back up into the cellar of premises on adjacent property. Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

MARYON K. SENESE, Respondent, v. JOHN G. SENESE, Appellant. (Appeal No. 1.) — Action for separation. Appeal by defendant from a judgment, and order on reargument, granting plaintiff a separation and awarding her alimony and counsel fee. Judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ.